# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2007

134533

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

AMOR DEJEAN BASS,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134533
COA: 275091
Genesee CC: 92-046451-FC

On order of the Court, the application for leave to appeal the June 1, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2007

_____
Clerk

d1217